**Opinion filed June 21, 2018**



### In The

# Eleventh Court of Appeals

_____

## No. 11-18-00054-CV
_____

## JUANITA SILVA, Appellant

## V.

## JONELL FILTRATION PRODUCTS D/B/A JONELL, INC., Appellee

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. CV31978**

## M E M O R A N D U M   O P I N I O N

Juanita Silva has filed in this court a motion to dismiss this appeal. Silva states in her motion that she wishes to dismiss this appeal. In accordance with Silva's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

The motion to dismiss is granted, and the appeal is dismissed.

June 21, 2018                                             PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.